UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATHISEN CO.,

    Plaintiff,

v.	    Case No. 09-13491
    Honorable Patrick J. Duggan

FEDERAL INSURANCE CO.,

    Defendant.
_____/

## JUDGMENT

    Plaintiff filed this action against Defendant, seeking payment for subcontract work on a project for which Defendant was the surety.  On September 29, 2009, Defendant filed a motion for summary judgment which this Court granted in an Opinion and Order entered on this date.

    Accordingly,

    **IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

DATE: November 30, 2009    s/PATRICK J. DUGGAN
    UNITED STATES DISTRICT JUDGE

Copies to:
Paul A. Bailey, Esq.
Jason C. Yert, Esq.
James R. Case, Esq.
Charles G. Calio, Esq.